```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                  CASE NO.  26-14071-CR-LEIBOWITZ
```

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**CHRISTOPHER BURDETT**,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE came before the Court on United States Magistrate Judge Shaniek Mills Maynard Report and Recommendation on Change of Plea, issued February 24, 2026 [ECF No. 28].

On February 4, 2026, Magistrate Judge Maynard held a Change of Plea hearing during which Defendant pled guilty to Count One of the Information [ECF No. 1] pursuant to a written plea agreement [ECF No. 23].  Magistrate Judge Maynard thereafter issued this Report and Recommendation.

No party has filed objections to Magistrate Judge Maynard's Report and Recommendation.

The Court has conducted a review of the record and finds no error in the Report and Recommendation. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 28] is **AFFIRMED AND ADOPTED.**

CASE NO. 26-14071-CR-LEIBOWITZ

2. The guilty plea entered into by Defendant Christopher Burdett as to Count One of the Information is **ACCEPTED**.

3. Defendant Burdett is adjudicated guilty of Count One of the Information, which charges Defendant with Conspiracy to Defraud the United States in violation of 18 U.S.C. § 371.

**DONE AND ORDERED** in the Southern District of Florida on February 25, 2026.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record
     Magistrate Judge Shaniek Mills Maynard